AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| CYRUS SANAI, , an individual<br>*Plaintiff(s)*<br>v.<br>SEE ATTACHED<br>*Defendant(s)* | Civil Action No. 23-cv-01057-RS |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
LEONDRA KRUGER; JOSHUA P. GROBAN; MARTIN J. JENKINS; KELLI M. EVANS; CAROL A. CORRIGAN; GOODWIN H. LIU; PATRICIA GUERRERO; all at 350 McAllister St, San Francisco, CA 94102; and DOES 1-10.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Cyrus Sanai
Sanais
9440 Santa Monica Boulevard, #301,
Beverly Hills, CA 90210

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

*Mark B. Busby*

Date: 3/16/2023

*Karen Horman*
*Signature of Clerk or Deputy Clerk*

## DEFENDANTS

LEONDRA KRUGER, an individual, sued in her individual and official capacities; JOSHUA P. GROBAN, an individual sued in his individual and official capacities; MARTIN J. JENKINS, an individual sued in his individual and official capacities; KELLI M. EVANS, an individual sued in her individual and official capacities; CAROL A. CORRIGAN, an individual sued in her individual and official capacities; GOODWIN H. LIU, an individual sued in his individual and official capacities, PATRICIA GUERRERO, an individual sued in her individual and official capacities and ~~DOES 1 through 10, sued in their individual and official capacities inclusive,~~

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.   3:23-cv-01057-RS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Justice Goodwin H. Liu

was received by me on *(date)*   March 24, 2023

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*:   On March 24, 2023, I delivered the civil cover sheet, summons and complaint to the
which was accepted by Clerk of the California Supreme Court at the counter at 350 McAllister St., Room
1295, San Francisco, CA 94102 on behalf of the defendant.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:   March 24, 2023

*Server's signature*

Peyman Roshan
*Printed name and title*

1757 Burgundy Place
Santa Rosa, CA 95403
*Server's address*

Additional information regarding attempted service, etc: