UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYRUS SANAI,<br><br>        Plaintiff,<br><br>    v.<br><br>LEONDRA KRUGER, et al.,<br><br>        Defendants. | Case No. 23-cv-01057-AMO<br><br>**JUDGMENT** |

Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment against Plaintiff.  The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: July 31, 2023

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**