UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CYRUS SANAI,

    Plaintiff,

v.

LEONDRA KRUGER, et al.,

    Defendants.

Case No. 23-cv-01057-AMO

**AMENDED JUDGMENT**

    Having dismissed Plaintiff's claims without prejudice by Amended Order filed August 24, 2023, the Court hereby enters judgment against Plaintiff pursuant to Federal Rule of Civil Procedure 58.

**IT IS SO ORDERED.**

Dated: August 24, 2023

**A**RACELI **M**ARTÍNEZ-**O**LGUÍN
**United States District Judge**