UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYRUS SANAI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LEONDRA KRUGER, et al.,<br><br>　　　　　Defendants. | Case No. 23-cv-01057-AMO<br><br>**ORDER DENYING EMERGENCY MOTION TO ALTER OR AMEND AMENDED JUDGMENT AND FOR RELIEF FROM ORDER**<br><br>Re: Dkt. No. 47 |

　　　　Before the Court is Plaintiff Cyrus Sanai's "Ex Parte Emergency Motion to Alter or Amend Amended Judgment Pursuant to Fed. R. Civ. P. 59(e) and for Relief from Order Pursuant to Fed. R. Civ. P. 60(b)," ECF 47.  The Court has previously set forth the relevant factual background and legal standards in its order on Mr. Sanai's prior motion for relief under Rule 59(e) and Rule 60(b).  *See* ECF 43.  Having reviewed Mr. Sanai's current submissions, including his motion, ECF 47, request for judicial notice, ECF 48, and two supplemental briefs, ECF 50 and ECF 51, the Court finds no basis for granting the relief requested.  The motion is therefore DENIED.

　　　　**IT IS SO ORDERED.**

Dated:　September 8, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**ARACELI MARTÍNEZ-OLGUÍN**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**